UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 22, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RODOLFO TORRES-GALVAN <br> Defendant. | Case No. 2:25-mj-0162 CKD <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RODOLFO TORRES-GALVAN Case No. 2:25-mj-0162 CKD  Charges 8 USC § 1326 from custody for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

         _____ Unsecured Appearance Bond $ _____

         _____ Appearance Bond with 10% Deposit

         _____ Appearance Bond with Surety

         _____ Corporate Surety Bail Bond

         _____ (Other): Released FORTHWITH on conditions.

Issued at Sacramento, California on October 22, 2025 at 2:21 PM

By:   /s/ Carolyn K. Delaney
      Chief Magistrate Judge Carolyn K. Delaney