ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RODOLFO TORRES-GALVAN aka RODOLFO GALVAN-TORRES,<br><br>   Defendant. | CASE NO. 2:25-MJ-00162-CKD<br><br>ORDER FOR DISMISSAL OF COMPLAINT<br><br>[Fed. R. Crim. P. 48(a)] |

**ORDER**

The court hereby orders the complaint in case number 2:25-mj-00162-CKD, filed on October 21, 2025, be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: November 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE